UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:07CR372 |
| | ) | |
| Plaintiff, | ) | Judge James G. Carr |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER OF FORFEITURE** |
| Monroe Retail, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

It appears to the Court that proper proceedings for the issuance of a Final Order of Forfeiture have been had in this case as follows:

WHEREAS on June 27, 2007, an one-count Information was filed charging Monroe Retail, Inc. with structuring financial transactions to evade the filing of currency transaction reports, in violation of 31 U.S.C. §5324(a)(1).

AND WHEREAS the indictment further sought the forfeiture, pursuant to 18 U.S.C. § 982(a)(1) [now codified at 31 U.S.C. § 5317(c)(1)(A)], and 21 U.S.C. § 853, all property, including substitute assets, up to the value of the forfeitable property described below:

> A sum of money equal to **$425,500.00** in United States Currency, representing the amount of money involved in the offense in Count One.

AND WHEREAS on August 17, 2007, defendant Monroe Retail, Inc., entered a plea of

guilty to the one-count indictment.

AND WHEREAS as part of this guilty plea, the defendant entered into a written plea agreement with the United States consenting to the forfeiture of substitute assets in the amount of $425,500.00 in currency.

AND WHEREAS on December 7, 2007, the United States District Court entered a Preliminary Order of Forfeiture forfeiting to the United States of America the substitute assets listed above.

AND WHEREAS, pursuant to the Court's Preliminary Order of Forfeiture, any person other than defendant, Monroe Retail, Inc., having or claiming a legal interest in the forfeited assets must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of any actual notice, whichever is earlier.

AND WHEREAS, the United States published notice of its intent to forfeit the above described assets for three consecutive weeks in <u>The Toledo Legal News</u>.

AND WHEREAS no third party has filed a timely claim to, or declared any interest in, this asset prior to the deadline.

AND WHEREAS on March 19, 2008, Judgment was entered as to Count One, ordering defendant Monroe Retail, Inc. to forfeit $425,500.00 to the United States, due and payable immediately.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.  The substitute asset of a sum of money equal to **$425,500.00** in United States Currency, representing the amount of money involved in the offense, is finally forfeited to the

United States, and no right, title or interest shall exist in any other party.

    2. The United States shall seize and take control of the asset, and shall dispose of it in accordance with law.

    SO ORDERED this \_\_3rd\_\_ day of \_\_\_\_July_____, 2008.

                                                              s/ James G. Carr
                                                          _____
                                                          ~~David A. Katz~~ James G. Carr
                                                          United States District Judge